IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **TIMOTHY J. GAUTHIER AND GARTH BACHMAN, TRUSTEES OF THE OREGON AND SOUTHWEST WASHINGTON NECA-IBEW ELECTRICAL WORKERS AUDIT COMMITTEE**,<br><br>　　Plaintiffs,<br><br>　v.<br><br>**VITRO ELECTRIC, LLC**,<br><br>　　Defendant. | Case No. 3:20-cv-00589-YY<br><br>**JUDGMENT** |

Based on the Court's Order, ECF 21, adopting Judge You's Findings and Recommendations, ECF 18, IT IS ORDERED AND ADJUDGED that Plaintiffs' Motion for Default Judgment, ECF 14, is GRANTED IN PART. Judgment is entered against Defendant Vitro Electric, LLC as follows:

**Claim One (Late January, February, March 2020 Contributions)**:

Liquidated damages of $28,301.00, and interest of $856.62

**Claim Two (Late January, February, March 2020 Wage Withholdings)**:

Interest of $100.28

**Attorney's Fees**: $2,980.00

**Costs**: $661.35

DATED this 4th day of January, 2021.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 2 – JUDGMENT